STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 4 2000

at ___ o'clock and ½ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,                      )<br>                                                )<br>         Plaintiff,                            )<br>                                                )<br>    vs.                                         )<br>                                                )<br> WHALEN KALAE WONG        (01) )<br> GERRY SIMON MATAS        (02) )<br> JONATHAN HENRY DEMOTTA   (03) )<br>                                                )<br>         Defendants.                           )<br>_____ ) | CR. NO.  CR00 00377 SOM<br><br>INDICTMENT<br>[21 U.S.C. §846, 841(a)(1)<br> 18 U.S.C. §2] |

INDICTMENT

COUNT 1

The Grand Jury charges:

        On or about between July 1, 2000, and September 6, 2000,

in the District of Hawaii and elsewhere, WHALEN KALAE WONG, GERRY

SIMON MATAS and JONATHAN HENRY DEMOTTA, the defendants, did

willfully and unlawfully conspire together and with other persons

known and unknown to the Grand Jury, to distribute and to possess

with intent to distribute 5 grams or more of a mixture or substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

OVERT ACTS

In furtherance of the aforesaid conspiracy, and in order to accomplish the illegal objectives thereof, overt acts were committed in the District of Hawaii and elsewhere by members of the conspiracy, including, but not limited to, the following acts:

1.    On or about July 6, 2000, JONATHAN HENRY DEMOTTA (DEMOTTA) distributed one ounce of crystal methamphetamine to GERRY SIMON MATAS (MATAS), who then distributed the crystal methamphetamine to WHALEN KALAE WONG (WONG).

2.    WONG then distributed the one ounce of crystal metamphetamine to a buyer.

3.    On or about September 5, 2000, JONATHAN HENRY DEMOTTA (DEMOTTA) agreed to supply GERRY SIMON MATAS (MATAS) with 10 ounces of cocaine in return for MATAS' promise to pay DEMOTTA $10,000 once the cocaine was sold.

4.    On or about September 5, 2000, DEMOTTA distributed the 10 ounces of cocaine to MATAS.

5.    On September 6, 2000, MATAS distributed the same 10 ounces of cocaine to WHALEN KALAE WONG (WONG) with the

2

understanding that WONG would pay him $10,000 once WONG sold the cocaine to a prospective buyer.

6. On September 6, 2000, WONG distributed the 10 ounces of cocaine to the prospective buyer.

All in violation of Title 21, United States Code, Section 846.

COUNT 2

The Grand Jury further charges:

On or about June 23, 2000, in the District of Hawaii, WHALEN KALAE WONG, the defendant, did knowingly and intentionally distribute a mixture or substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

COUNT 3

The Grand Jury further charges:

On or about July 6, 2000, in the District of Hawaii, WHALEN KALAE WONG, GERRY SIMON MATAS and JONATHAN HENRY DEMOTTA, the defendants, did knowingly and intentionally distribute 5 grams or more of a mixture or substance containing methamphetamine, its

salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

COUNT 4

The Grand Jury further charges:

On or about August 2, 2000, in the District of Hawaii, WHALEN KALAE WONG, the defendant, did knowingly and intentionally distribute 5 grams or more of a mixture or substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

COUNT 5

The Grand Jury further charges:

On or about September 6, 2000, in the District of Hawaii, WHALEN KALAE WONG, the defendant, did knowingly and intentionally distribute a mixture or substance containing cocaine, a Schedule II controlled substance.

4

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT 6

The Grand Jury further charges:

On or about September 6, 2000, in the District of Hawaii, JONATHAN HENRY DEMOTTA, the defendant, did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture or substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

DATED: September 14, 2000, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
KENNETH M. SORENSON
Assistant U.S. Attorney

5